1  John M Vrieze, CSB #115397
   MITCHELL, BRISSO, DELANEY & VRIEZE
2  Attorneys at Law
   814 Seventh Street
3  P. O. Drawer 1008
   Eureka, CA  95502
4  Tel:  (707) 443-5643
   Fax: (707) 444-9586
5
   Attorneys for Defendant Trees of Mystery, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 MARCY VELASQUEZ,              CASE NO.: C 074940 WDB

11     Plaintiff,                **STIPULATION TO ENLARGE TIME**
                                 [Civil Local Rule 6-1, 6-2, 7-12]
12 v.

13 TREES OF MYSTERY, INC., a California
   Corporation, dba TEES OF MYSTERY,
14 and DOES ONE to FIFTY, inclusive,

15     Defendants.

16 _____

17     IT IS STIPULATED by and between the parties, through their respective counsel,

18 that defendant shall have an additional thirty days in which to respond to plaintiff's

19 complaint.  This is the first extension of time, and such extension of time will allow

20 defendants additional time to review the matters alleged in the complaint and to continue

21 with settlement negotiations with plaintiff.  The granting of this requested extension of

22 time will not impact the schedule for the case.

23

24 DATED: November 13, 2007     SINGLETON LAW GROUP

25                              By: /s/
26                                  Attorneys for Plaintiff, Marcy Velasquez

1 | DATED: November 13, 2007        MITCHELL, BRISSO, DELANEY & VRIEZE

2 | By: _____

3 | Attorneys for Defendant, Trees of Mystery

4

5 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7 | DATED: 11/16/07, 2007        By: _____

8 | WAYNE D. BRAZIL
United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**STIPULATION TO ENLARGE TIME [Civil Local Rule 6-1, 6-2, 7-12]**