1  John M. Vrieze, CSB #115397
   MITCHELL, BRISSO, DELANEY & VRIEZE
2  Attorneys at Law
   P. O. Drawer 1008
3  Eureka, CA 95502
   Tel: (707) 443-5643
4  Fax: (707) 444-9586

5  Attorneys for Defendant Trees of Mystery, Inc.

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

11 MARCY VELASQUEZ,                  ) Case No.: C 074940 WDB
                                     )
12         Plaintiff,                 ) **SECOND STIPULATION**
           vs.                       ) **TO ENLARGE TIME**
13                                   ) [Civil Local Rule 6-1, 6-2, 7-12]
   TREES OF MYSTERY, INC., a California )
14 Corporation, dba TREES OF MYSTERY  )
   and DOES ONE to FIFTY, Inclusive,  )
15                                   )
           Defendants.                )
16                                   )
                                     )

18         IT IS STIPULATED by and between the parties, through their respective counsel, that defendant shall have an additional thirty days, from December 14, 2007, in which to respond to plaintiff's complaint. This is the second extension of time, and such extension of time will allow defendants to review recent and pertinent information received from defendants' consultants on December 12, 2007 relating to the compliance of ADA regulations at Trees of Mystery, Inc. This extension of time will also allow defendant to engage in meaningful settlement negotiations. Furthermore, the parties also stipulate to continue for another thirty days, the meet and confer date previously set by the court.

| | | |
|---|---|---|
| 1 | DATED: December 12, 2007 | SINGLETON LAW GROUP |
| 2 | | |
| 3 | | By: _____<br>Attorneys for Plaintiff, Marcy Velasquez |
| 4 | | |
| 5 | DATED: December 12, 2007 | MITCHELL, BRISSO, DELANEY & VRIEZE |
| 6 | | By: _____<br>Attorneys for Defendant, Trees of Mystery, Inc. |
| 7 | | |

**PURUSANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December ___, 2007    By: _____
                                                   WAYNE D. BRAZIL
                                                   United States Magistrate Judge