JASON K. SINGLETON, CSB#166170
RICHARD E. GRABOWSKI, CSB#236207
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177
FAX 441-1533

Attorneys for Plaintiff, MARCY VELASQUEZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| MARCY VELASQUEZ,<br>　　　Plaintiff(s),<br>v.<br>TREES OF MYSTERY, INC.<br>　　　Defendant(s). | CASE NUMBER<br>C-07-4940 WDB<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) OR (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (Check one)

■   This action is dismissed by the Plaintiff (s) in its entirety.

☐   The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐   The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐   The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐   ONLY Defendant (s)_____ is (are) dismissed from

(Circle one)   Complaint, Counterclaim, Cross-claim, Third Party Claim

brought by _____.

The dismissal is made pursuant to Rule 41 (a) or (c) of the Federal Rules of Civil Procedure.

DATED:   January 18, 2008         /s/ Jason K. Singleton
　　　　　　　　　　　　　　　　　　Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.